# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Julienne Mullette          BK NO. 24-00023

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not in Its Individual Capacity But Soleley As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                  Respectfully submitted,

                                  /s/ Michael Farrington

                                  Michael Farrington
                                  15 Mar 2024, 16:04:59, EDT

                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322