IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Julienne Mullette<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:24-bk-00023-MJC |
| Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>    Movant.<br>v.<br><br>Julienne Mullette<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

| | |
|---|---|
| Dated: August 7, 2024 | BY: /s/ Christopher A. DeNardo<br>Christopher A. DeNardo, 78447<br>Heather Riloff, 309906<br>Leslie J. Rase, 58365<br>LOGS Legal Group LLP<br>985 Old Eagle School Road, Suite 514<br>Wayne, PA 19087<br>(610) 278-6800<br>logsecf@logs.com |

LLG File #: 20-065131

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Julienne Mullette<br>    Debtor,<br><br>Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>    Movant.<br>v.<br><br>Julienne Mullette<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:24-bk-00023-MJC<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 7th day of August, 2024:

Julienne Mullette
298 Maple Grove Road
Starrucca, PA 18462

Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com